reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of Summary Proceedings to Dispossess by THE CITY OF NEW YORK, Landlord, Appellant, against NATHAN HUDES and ALEXANDER HUDES, Tenants, RICHARD ROE and JOHN DOE, Undertenants, and THE NATIONAL CITY BANK OF NEW YORK, Mortgagee, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of Supplementary Proceedings: FOOD DEALERS INDUSTRIAL BANK, Appellant, v. BENJAMIN BOSWORTH, Respondent.— Motion for leave to appeal to Appellate Division denied, without costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of Proving the Last Will and Testament of LUCY R. KELLY, Deceased, as a Will of Real and Personal Property. GEORGE ROBINSON and Others, Contestants, Appellants; DOROTHEA J. LUTJENS, as Executrix, etc., of LUCY R. KELLY, Deceased, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of the Application of JAMES McGONIGAL, as Administrator de Bonis Non of the Goods, Chattels and Credits of JAMES J. McGONIGLE, Also Known as JAMES J. McGONIGAL, to Discover Certain Property of Said Deceased Claimed to Be Withheld. In the Matter of the Application of LINA RYGG, for an Order Directing the Administrator de Bonis Non of the Goods, Chattels and Credits of JAMES J. McGONIGLE, to Deliver and Turn over to Her Certain Property Claimed to Be Withheld from Her by Said Administrator and Others. JAMES McGONIGAL, Administrator de Bonis Non of JAMES J. McGONIGLE, etc., Deceased, and WARD WILKLOW, as Special Guardian for HELEN EVA McGONIGLE, etc., and JAMES McGONIGLE, etc., Infants, etc., Appellants; LINA RYGG, Respondent. — Motions for reargument and for a stay denied, without costs. Motions for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate the LAWYERS WESTCHESTER MORTGAGE AND TITLE COMPANY. In the Matter of a Plan of Readjustment, Modification or Reorganization of the Rights of the Holders of Mortgage Investments in a Certain Mortgage Guaranteed by LAWYERS WESTCHESTER MORTGAGE AND TITLE COMPANY, and Designated as Issue No. 5–7902. In the Matter of the Application for Instructions as to Disposition to Be Made of Dividend Payment on Account of Claim Allowed on Guaranty. FREDERICK H. HURDMAN and Others, Comprising the Firm of HURDMAN & CRANSTOUN, Appellants; OLIVER W. BIRCKHEAD and Others, as Successor Trustees for Series 5–7902 of LAWYERS WESTCHESTER MORTGAGE & TITLE COMPANY, WILLIAM A. DAVIDSON, MT. KISCO NATIONAL BANK & TRUST COMPANY, and Other Certificate Holders, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 878.] The court certifies that in its opinion a question of law is involved which ought to be reviewed by the Court of Appeals. Present — Lazansky, P. J.. Johnston. Adel and Close, JJ.; Taylor, J., not voting.